United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 15-11544-AJC
Aida Luz Gutierrez                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1         User: catalan           Page 1 of 1              Date Rcvd: Apr 23, 2015
                             Form ID: pdf004         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2015.
db             +Aida Luz Gutierrez,    13860 SW 161 PL,    Miami, FL 33196-6452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2015 at the address(es) listed below:
          Alberto H Orizondo    on behalf of Creditor   Benworth Capital Patners, LLC aorizondo@aglawpa.com, aracelys@aglawpa.com
          Alberto H Orizondo    on behalf of Debtor Aida Luz Gutierrez aorizondo@aglawpa.com, aracelys@aglawpa.com
          Nancy K. Neidich     e2c8f01@ch13herkert.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Patrick L Cordero, Esq   on behalf of Debtor Aida Luz Gutierrez PCBankruptcyMail@pcorderolaw.com
                                                                                             TOTAL: 5



**ORDERED in the Southern District of Florida on April 23, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                  Case No. 15-11544-AJC

AIDA LUZ GUTIERREZ,                                      Chapter 13

    Debtor.
_____/

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

THIS CAUSE came for consideration at 9:00 a.m. on April 21, 2015 on the Motion for Relief from Automatic Stay [DE 20] filed by the Benworth Capital Partners, LLC ("Creditor") and the Court having considered the motion, the record of this case, and being duly advised in the premises, it is

**ORDERED:**

1.    The Motion for Relief from Automatic Stay filed by Creditor is GRANTED.

2.    The Court finds the Debtor Aida Luz Gutierrez has no individual ownership interest in the subject property. The Warranty Deed, recorded in the Public Records of Miami-Dade County

on December 31, 2008 in Official Records Book 26704, Page 3357 confirms title in the subject property is held by "Flavio Gutierrez and Aida Gutierrez, his wife, as plenary guardians of Angelyn Gutierrez, a minor."

3. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Creditor, its successors and assigns, and Creditor may proceed with the foreclosure of its lien on the following property:

> **Lot 3, Block 5, PARADISE REEF, according to the Plat thereof, recorded in Plat Book 153, Page 97, of the Public Records of Miami-Dade County, Florida.**
> **a/k/a 13860 SW 161st Place, Miami, Florida 33196**

4. This Order is entered for the sole purpose of allowing Creditor to proceed on an *in rem* judgment against the property and an *in personam* judgment against the co-borrower, Flavio Gutierrez. Creditor shall not seek an *in personam* judgment against the Debtor Aida Luz Gutierrez.

5. Bankruptcy fees and costs may be recoverable as part of the mortgage debt pursuant to the loan documents and remedies therein.

6. The fourteen (14) day stay of this Order pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived and Creditor may immediately move for entry of an order rescheduling the foreclosure sale of the subject property.

7. Creditor shall schedule the foreclosure sale of the subject property for a date no sooner than seventy-five (75) days from the date of entry of this Order.

8. The parties are hereby ordered to appear before the Court for a hearing on a date at least ten (10) days prior to the scheduled date of the foreclosure sale. Counsel for Creditor shall undertake to notice the hearing upon the rescheduling of the foreclosure sale.

# # #

**Submitted By:**

Alberto H. Orizondo, Esq.
Law Office of Alexis Gonzalez, P.A.
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
Email: aorizondo@aglawpa.com
*Attorney for Creditor Benworth Capital Partners LLC*

**Copies To:**
Patrick L. Cordero, Esq.
Law Offices of Patrick L. Cordero, P.A.
Email: PCBankruptcyMail@pcorderolaw.com
*Attorney for Debtor Aida Luz Gutierrez*

Office of the US Trustee
51 SW 1st Ave.
Suite 1204
Miami, Florida 33130
Email: USTPRegion21.MM.ECF@usdoj.gov
*U.S. Trustee*

Nancy K. Neidich
Email: e2c8f01@ch13herkert.com
*Chapter 13 Trustee*