

**ORDERED in the Southern District of Florida on April 29, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO.: 15-11544-AJC** |
| **AIDA L. GUTIERREZ** | **CHAPTER 13** |
| XXX-XX-3838 | |
| **Debtor** | |
| _____/ | |

### ORDER SUSTAINING OBJECTION TO CLAIM #1

THIS CAUSE came on to be heard on April 21, 2015, upon the Debtor's Objection to Claim #1 of JP Morgan Chase Bank (Document #27), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtor's Objection to Claim #1 is sustained, as property is being paid outside.

2. JP Morgan Chase Bank Claim #1 is Allowed but no distribution from the Chapter 13 Trustee.

(###)

Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.